FILED
OCT 1 3 2006
SOU... ...IFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR2223-L |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., 656 - Theft, embezzlement, or misapplication by bank officer or employee |
| LESLIE L. LOVELAND, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about between January 2001 and May 2002, within the Southern District of California, defendant LESLIE L. LOVELAND, being an employee of an insured bank, to wit: Bank of America, Carlsbad Village Branch, 645 Carlsbad Village Drive, Carlsbad, California, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), knowingly did embezzle and purloin approximately $102,696 of the moneys, funds and credits of such bank; in violation or Title 18, United States Code, Section 656.

DATED: October 12, 2006.

CAROL C. LAM
United States Attorney

*/s/ Jill Bu*
JILL L. BURKHARDT
Assistant U.S. Attorney

JLB:klb:Inform:Loveland
October 12, 2006